AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Eric Jaeshon Ray<br><br>Defendant(s) | Case No.<br>2:25-mj-00120 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2025__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

On June 25, 2025, at 3226 Kanawha Terrace, Apartment 101, in Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, Eric Jaeshon Ray possessed approximately 214 grams of a substance that field-tested positive for Fentanyl, a Schedule II controlled substance.  Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Jennifer L. King (FBI)
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:   06/25/2025
_____
Judge's signature

City and state:   Huntington, West Virginia     Joseph K. Reeder, United States Magistrate Judge
_____
Printed name and title